UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HDR INSURANCE MANAGERS, LLC, etc., *et al.*, | ) ) ) |
| Plaintiff, | ) 2:09-CV-380-LRH-RJJ ) |
| vs. | ) ) |
| SUMMIT INSURANCE SERVICES, INC., etc., *et al.*, | ) O R D E R ) ) |
| Defendant, | ) |

This matter was submitted to the undersigned Magistrate Judge on a Motion to Stay Discovery (#70).

The Court having reviewed the Motion (#70) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Stay Discovery (#70) is **DENIED.**

DATED this  23rd   day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge