UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HDR INSURANCE MANAGERS, LLC, etc., *et al.*, | )<br>)<br>) |
| Plaintiff, | ) 2:09-CV-380-LRH-RJJ |
| vs. | )<br>) |
| SUMMIT INSURANCE SERVICES, INC., etc., *et al.*, | ) O R D E R<br>)<br>) |
| Defendant, | ) |

This matter was submitted to the undersigned Magistrate Judge on a Motion to Act as Pro Se for Summit Insurance (#69).

The Court having reviewed the Motion (#69) and good cause appearing therefore,

IT IS HEREBY ORDERED that Motion to Act as Pro Se for Summit Insurance (#69) is DENIED. A pro se individual cannot represent a corporation in federal court.

DATED this  23rd   day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge