UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HDR INSURANCE MANAGERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUMMIT INSURANCE SERVICES, )<br>INC., THOMAS E. JACKSON, *et al.*, )<br>)<br>Defendant. )<br>_____ ) | 2:09-cv-0380-LRH-RJJ<br><br><br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Discovery Status Report on March 29, 2011.

IT IS FURTHER ORDERED that the joint Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  15th  day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge