AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

HDR Insurance Managers, LLC
d/b/a HDR Insurance Services

　　　　　　　　　　　Plaintiff,

V.

Summit Insurance Services, Inc., et al

　　　　　　　　　　　Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-00380-LRH-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

default judgment is hereby entered in favor of plaintiff HDR Insurance Managers, LLC against defendants Summit Insurance Services, Inc.; Pinnacle Insurance Program Managers Inc.; and Pinnacle Insurance Program Managers LLC in the amount of $820,345.49 plus accruing interest.

August 25, 2011　　　　　　　　　　　　　　　　/s/ Lance S. Wilson
Date　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Molly Morrison
　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk