UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HDR INSURANCE MANAGERS, LLC, dba HDR INSURANCE SERVICES, <br><br> Plaintiff, <br><br> vs. <br><br> SUMMIT INSURANCE SERVICES, INC., et al., <br><br> Defendant. | CASE NO. 2:09-cv-380-LRH-RJJ <br><br> ORDER |

This case is currently scheduled for trial on the stacked calendar of 12/20/11.

IT IS ORDERED that this case is referred to The Honorable Robert J. Johnston for the purpose of conducting a settlement conference.

DATED this 27 day of October, 2011.

LARRY R. HICKS
U.S. DISTRICT JUDGE