UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HDR INSURANCE MANAGERS, LLC, ) <br> dba HDR INSURANCE SERVICES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUMMIT INSURANCE SERVICES, INC., ) <br> et al., ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:09-cv-380-LRH-RJJ <br><br> ORDER <br><br> ✓ FILED ___ RECEIVED <br> ___ ENTERED ___ SERVED ON <br> COUNSEL/PARTIES OF RECORD <br><br> NOV 0 1 2011 <br><br> CLERK US DISTRICT COURT <br> DISTRICT OF NEVADA <br> BY: _____ DEPUTY |

This case is currently scheduled for trial on the stacked calendar of 12/20/11.

IT IS ORDERED that this case is referred to The Honorable Robert J. Johnston for the purpose of conducting a settlement conference.

DATED this 27 day of October, 2011.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE