1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                 DISTRICT OF NEVADA

8                                        * * *

9   HDR INSURANCE MAN AGERS, LLC,        )
    etc., *et al*.,                      )
10                                       )
                    Plaintiff,           )        2:09cv-380-LRH-RJJ
11                                       )
    vs.                                  )
12                                       )
    THOMAS E. JACKSON,                   )          O R D E R
13                                       )
                    Defendant,           )
14  _____  )

15          This matter is before the Court on an oral request by Defendant Thomas Jackson to attend

16  by telephone conference call, the settlement conference scheduled for Jan. 12, 2012. This request

17  was made to the court telephonically on Jan. 6, 2012.

18          The Court having considered Defendant Jackson's request and the Objection (#111)

19  thereto and good cause appearing therefore,

20          IT IS HEREBY ORDERED that Defendant Thomas Jackson's oral request to attend the

21  settlement conference on Jan. 12, 2011, by telephone conference call is **DENIED.**

22          IT IS FURTHER ORDERED that Defendant Thomas Jackson is advised that failure to

23  appear for the settlement conference on Jan. 12, 2012, may result in a Show Cause order being

24  issued by the court.

25          DATED this   9th   day of January, 2012.

26

27                                              _____
                                                ROBERT J. JOHNSTON
28                                              United States Magistrate Judge