UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HDR INSURANCE MAN AGERS, LLC, etc., *et al.*, | ) ) ) |
| Plaintiff, | ) 2:09cv-380-LRH-RJJ ) |
| vs. | ) ) |
| THOMAS E. JACKSON, | ) O R D E R ) |
| Defendant, | ) ) |

This matter is before the Court on an oral request by Defendant Thomas Jackson to attend by telephone conference call, the settlement conference scheduled for Jan. 12, 2012. This request was made to the court telephonically on Jan. 6, 2012.

The Court having considered Defendant Jackson's request and the Objection (#111) thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Thomas Jackson's oral request to attend the settlement conference on Jan. 12, 2011, by telephone conference call is **DENIED.**

IT IS FURTHER ORDERED that Defendant Thomas Jackson is advised that failure to appear for the settlement conference on Jan. 12, 2012, may result in a Show Cause order being issued by the court.

DATED this   9th   day of January, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge